UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEEGAN CARRADINE, ET AL.** | **CIVIL ACTION NO. 14-0391** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **IASIS GLENWOOD REGIONAL MEDICAL CENTER** | **MAG. JUDGE JAMES D. KIRK** |

## JUDGMENT

The Report and Recommendation [Doc. No. 36] of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss [Doc. No. 17] is GRANTED, and Plaintiffs' claims and demands against Defendant are DISMISSED WITHOUT PREJUDICE to their right to re-file the malpractice, survivor, and wrongful death claims after proceedings pursuant to the Louisiana Medical Malpractice Act are completed.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Substitution [Doc. No. 27] is DENIED AS MOOT.

Monroe, Louisiana, this 1st day of August, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE